**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Julia B. Marcelli                              CHAPTER 13
               Debtor(s)

                                             BKY. NO. 22-11268 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ Rebecca Solarz
                                         Rebecca Solarz
                                         08 Jun 2022, 12:54:04, EDT

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322