# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            :        CHAPTER 13
                                  :
JULIA B. MARCELLI                 :
                                  :
            DEBTOR                :        NO. 22-11268 (ELF)

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on June 20, 2022 I caused a true and correct copy of the attached First Amended Schedule E/F to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below and those parties listed on the Clerk's Service List:

    Frederic J. Baker, Esquire
    Assistant United States Trustee
    Office of the United States Trustee
    Robert NC Nix, Sr. Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee
    P.O. Box 40837
    Philadelphia, PA 19107

    as well as on the following parties along with Official Form B309I – Notice of Chapter 13 Bankruptcy Case:

    Aqua Pennsylvania
    762 W. Lancaster Avenue
    Bryn Mawr, PA 19010-3489

    PECO Energy Company
    N3-2, Accounts Receivable Group
    2301 Market Street
    Philadelphia, PA 19103

RCN Astound
2124 Avenue C
Bethlehem, PA 18017

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No. (610) 272-2961
Email: spitofskylaw@verizon.net
