United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11268-elf |
| Julia B. Marcelli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2022 | Form ID: 155 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia B. Marcelli, 119 Marlin Street, Folsom, PA 19033-2812 |
| 14699753 | | Aqua Pennsylvania, 762 W. Lancaster Avenue, Bryn Mawr PA 19010-3489 |
| 14697103 | + | DLJ Mortgage Capital, Inc., c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14691609 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14699756 | + | RCN Astound, 2124 Avenue C, Bethlehem PA 18017-2120 |
| 14691618 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14691622 | + | World Discovered Pacific LLC, 1130 Kapahulu Avenue, Honolulu, HI 96816-5812 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14691612 | | Email/Text: ebn@americollect.com | Nov 16 2022 23:58:00 | Americollect, 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 14691613 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 16 2022 23:58:00 | CB Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14691614 | | Email/Text: bankruptcy@consumerportfolio.com | Nov 16 2022 23:58:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14691615 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 17 2022 00:05:56 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14696731 | ^ | MEBN | Nov 16 2022 23:56:05 | DLJ Mortgage Capital, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14708621 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 16 2022 23:58:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14691616 | + | Email/Text: bncnotifications@pheaa.org | Nov 16 2022 23:57:00 | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14691611 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 16 2022 23:58:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14691617 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 17 2022 00:05:45 | JPMCB, P.O. Box 15369, Wilmington, DE 19850 |
| 14703833 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2022 00:05:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14706654 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 16 2022 23:57:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14699755 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 16 2022 23:57:00 | PECO Energy Company, N3-2, Accounts Receivable Grp, 2301 Market Street, Philadelphia PA 19103-1338 |
| 14701729 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 22-11268-elf   Doc 28   Filed 11/18/22   Entered 11/19/22 00:34:01   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 155 | Total Noticed: 25 |

|  |  |  | Nov 16 2022 23:57:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 14691619 | | Email/Text: Supportservices@receivablesperformance.com | Nov 16 2022 23:58:00 | Receivables Performance Mgt., P.O. Box 1548, Lynnewood, WA 98046-1548 |
| 14691620 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 16 2022 23:58:00 | Select Portfolio Servicing, Inc,, P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 14695702 | | Email/Text: bncnotifications@pheaa.org | Nov 16 2022 23:57:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14705812 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 17 2022 00:05:50 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14691621 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 16 2022 23:57:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14691610 | *+ | Julia B. Marcelli, 119 Marlin Street, Folsom, PA 19033-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Julia B. Marcelli spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Julia B. Marcelli
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−11268−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 15, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

26
Form 155