# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 04/11/23 |
| | : | | Time: 1:00 p.m. |
| | : | | Place: Courtroom #1 |
| JULIA B. MARCELLI | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 22-11268 (PMM) | Phila., PA 19107 |

### CERTIFICATE OF SERVICE

I, David B. Spitofsky, Esquire, hereby certify that on March 10, 2023 I caused a true and correct copy of the attached Motion to Modify Plan After Confirmation and Notice of Motion, Response Deadline and Hearing Date to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

    Frederic J. Baker, Esquire
    Assistant United States Trustee
    Office of the United States Trustee
    Robert NC Nix, Sr. Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee
    P.O. Box 40837
    Philadelphia, PA 19107

    Brian Craig Nicholas, Esquire
    KML Law Group, P.C.
    701 Market Street
    Suite 5000
    Philadelphia, PA 19106

    Denise Elizabeth Carlon, Esquire
    KML Law Group, P.C.
    701 Market Street
    Suite 5000
    Philadelphia, PA 19106

    DLJ Mortgage Capital, Inc.
    c/o Select Portfolio Servicing, Inc.
    P.O. Box 65250
    Salt lake City, UT 84165-0250

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

PRA Receivables Management LLC
P.O. Box 41067
Norfolk, VA 23541

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net
Counsel for Debtor