**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JULIA B. MARCELLI | : | |
| | : | |
| DEBTOR | : | NO. 22-11268 (PMM) |

**CERTIFICATION OF NO RESPONSE**

    I, David B. Spitofsky, Esquire, counsel for debtor, hereby certify that of this 26th day of March, 2023, there has been no response or answer regarding Debtor's Motion to Modify Plan After Confirmation, pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served March 10, 2023.  It is respectfully requested that said Motion to Modify Plan After Confirmation be presented to the Honorable Patricia M. Mayer as UNCONTESTED.

    I certify under penalty of perjury that the foregoing is true and correct.


Dated: March 26, 2023

                                      /s/ David B. Spitofsky
                                      David B. Spitofsky, Esquire
                                      516 Swede Street
                                      Norristown, PA 19401
                                      Phone No.: (610) 272-4555
                                      Fax No.: (610) 272-2961
                                      Email: spitofskylaw@verizon.net