CURTUS**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **JULIA B. MARCELLI,** | : |  |
|  | : |  |
|  | : | Case No. 22-11268 (PMM) |
|  | : |  |
| **Debtor[s]** | : |  |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #41. the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #40) is **approved**.

Date:  April 11, 2023

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**