**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JULIA B. MARCELLI | : | |
| | : | |
| DEBTOR | : | NO. 22-11268 (PMM) |

**CERTIFICATION OF NO OBJECTION REGARDING SUPPLEMENTAL APPLICATION OF DAVID B. SPITOFSKY, ESQUIRE FOR ALLOWANCE OF COUNSEL FEES FOR SERVICES PERFORMED AFTER CONFIRMATION OF <u>CHAPTER 13 PLAN</u>**

I, David B. Spitofsky, do certify that:

1.   On April 16, 2023, the Supplemental Application of David B. Spitofsky, Esquire for Allowance of Counsel Fees for Services Performed after Confirmation of Chapter 13 Plan (the "Application") was filed with the Court.

2.   A copy of the Application and Notice of Application were served upon all parties set forth on the service list attached to Certificate of Service accompanying the Application.

3.  The Notice provided for an Answer, Objection or other responsive pleading to be filed within fourteen (14) days of the date of the Notice with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania and a copy served on Counsel for Debtor(s).

4.  As of the date hereof, no answer, objection or other responsive pleading has been received by Counsel for Debtor(s) in connection with the Application.

5.   Counsel for Debtor(s) respectfully requests the Court to consider the Application uncontested, grant the Application and enter the proposed Order attached to the Application.


Dated: May 2, 2023

<u>/s/ David B. Spitofsky</u>
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net