# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | | |
|---|---|---|
| **IN RE:** | | |
| **JULIA B. MARCELLI** | ) | **CASE NO.: 22-11268-PMM** |
|     DEBTOR | ) | |
| | ) | **CHAPTER 13** |
| | ) | |
| **MCLP ASSET COMPANY, INC.** | ) | **JUDGE PATRICIA M. MAYER** |
|     CREDITOR | ) | |
| | ) | |
| **JULIA B. MARCELLI AND TRUSTEE** | ) | |
| **KENNETH E. WEST** | ) | |
|     RESPONDENTS | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc. and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 14th day of April 2025

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 14th day of April 2025.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO.22-11268-PMM)

**DEBTOR**
JULIA B. MARCELLI
119 MARLIN STREET
FOLSOM, PA 19033

**ATTORNEY FOR DEBTOR**
DAVID B. SPITOFSKY
LAW OFFICE OF DAVID B. SPITOFSKY
516 SWEDE STREET
NORRISTOWN, PA 19401

**TRUSTEE**
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
EMAIL: ECFEMAILS@PH13TRUSTEE.COM

**U.S. TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
EMAIL: USTPREGION03.PH.ECF@USDOJ.GOV