# IN THE UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| JULIA B. MARCELLI, ) | |
| DEBTOR. ) | |
| ) | CASE NO. 22-11268-PMM |
| MCLP ASSET COMPANY, INC. ) | |
| vs. ) | |
| JULIA B. MARCELLI, DEBTOR, AND ) | |
| KENNETH E. WEST, TRUSTEE ) | |
| ) | |

## CERTIFICATE OF NO RESPONSE

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or response has been filed by Debtor or the Trustee to the Motion for Relief from Stay.

Respectfully Submitted,

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| JULIA B. MARCELLI, ) | |
| DEBTOR. ) | |
| ) | **CASE NO. 22-11268-PMM** |
| MCLP ASSET COMPANY, INC. ) | |
| vs. ) | |
| JULIA B. MARCELLI, DEBTOR, AND ) | |
| KENNETH E. WEST, TRUSTEE ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Response have been served on December 10, 2025, by first class mail, and/or electronic means upon those listed below:

***DEBTOR***
JULIA B. MARCELLI
119 MARLIN STREET
FOLSOM, PA 19033

***ATTORNEYS FOR DEBTOR***
DAVID B. SPITOFSKY
LAW OFFICE OF DAVID B. SPITOFSKY
516 SWEDE STREET
NORRISTOWN, PA 19401
SPITOFSKYBK@VERIZON.NET

***TRUSTEE***
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

**<u>U.S. TRUSTEE</u>**
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

        Respectfully submitted,

        /s/ Joshua I. Goldman
        JOSHUA I. GOLDMAN, ESQ.
        Pennsylvania Bar # 205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        josh.goldman@padgettlawgroup.com
        *Counsel for Movant*