United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 22-11268-pmm

Julia B. Marcelli                                                               Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 2

Date Rcvd: Dec 15, 2025                     Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

**Recip ID            Recipient Name and Address**
db               +  Julia B. Marcelli, 119 Marlin Street, Folsom, PA 19033-2812

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

**Name                          Email Address**

DAVID B. SPITOFSKY
                                on behalf of Debtor Julia B. Marcelli spitofskybk@verizon.net
                                spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON
                                on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
                                on behalf of Creditor MCLP Asset Company  Inc. Josh.Goldman@padgettlawgroup.com,
                                bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
                                ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                                on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                                     User: admin                                          Page 2 of 2
Date Rcvd: Dec 15, 2025                                  Form ID: pdf900                                      Total Noticed: 1

ROBERT BRIAN SHEARER

    on behalf of Creditor DLJ Mortgage Capital  Inc. rshearer@raslg.com

ROBERT BRIAN SHEARER

    on behalf of Creditor MCLP Asset Company  Inc. rshearer@raslg.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | |
| JULIA B. MARCELLI, | ) | CASE NO.: 22-11268-PMM |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE PATRICIA M. MAYER |
| | ) | |
| MCLP ASSET COMPANY, INC., | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| JULIA B. MARCELLI, DEBTOR, | ) | |
| AND KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## ORDER

AND NOW, this __15th__ day of __December__, 2025 at Philadelphia, upon failure of Debtor and the Trustee to file an Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 is modified with respect to the property described as 119 Marlin Street, Folsom, PA 19033 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Hon. Patricia M. Mayer
United States Bankruptcy Court