# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Julia B. Marcelli <br>                    Debtor <br><br> DLJ Mortgage Capital, Inc. <br>                    Movant <br>    vs. <br><br> Julia B. Marcelli <br>                    Debtor <br><br> Kenneth E. West, Esq. <br>                    Trustee | BK NO. 22-11268 ELF <br><br> Chapter 13 <br><br> Related to Claim No. 7-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 29, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Julia B. Marcelli
119 Marlin Street
Folsom, PA 19033

Attorney for Debtor
David B. Spitofsky, Esquire
516 Swede Street (VIA ECF)
Norristown, PA 19401

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
(VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: Electronic means or first-class mail.

Dated: September 29, 2022

                                                          **/s/Brian C. Nicholas, Esquire**
                                                          Brian C. Nicholas, Esquire
                                                          Attorney I.D. 317240
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          412-430-3594
                                                          bnicholas@kmllawgroup.com